B1 (Official Form 1) (04/13)

| United States Bankruptcy Court<br>SOUTHERN DISTRICT OF TEXAS<br>HOUSTON DIVISION | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Oxane Materials, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **27-1747811** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**467 W. 38th Street**<br>**Houston, TX**<br>ZIP CODE **77018** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Harris** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>**3003 Industrial Park Road**<br>**Van Buren, AR** | ZIP CODE **72956** |

**Type of Debtor** (Form of Organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:
Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box.)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box.)
- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Check one box:  Chapter 11 Debtors**
- [ ] Debtor is a small business debtor as defined by 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years thereafter).

**Check all applicable boxes:**
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**   THIS SPACE IS FOR COURT USE ONLY
- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**Estimated Number of Creditors**
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2015 (Build 11.2.6.1, ID 0024856850)*

B1 (Official Form 1) (04/13) Page 2

| **Voluntary Petition** <br> *(This page must be completed and filed in every case.)* | Name of Debtor(s): **Oxane Materials, Inc.** |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor**   (If more than one, attach additional sheet.)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** <br> (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). <br><br> X_____ <br>                                                       Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☐ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

    ☐ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor - Venue** <br>(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property** <br>(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

                                    _____ <br>
                                    (Name of landlord that obtained judgment)

                                    _____ <br>
                                    (Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification.  (11 U.S.C. § 362(l)).

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2015 (Build 11.2.6.1, ID 0024856850)*

| B1 (Official Form 1) (04/13) | Page 3 |
|---|---|

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): **Oxane Materials, Inc.** |
|---|---|

### Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. <br><br> [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. <br> [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). <br><br> I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br> X_____ <br><br> X_____ <br><br> _____ <br> Telephone Number (If not represented by attorney) <br><br> _____ <br> Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. <br><br> (Check only one box.) <br><br> ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached. <br><br> ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. <br><br> X_____ <br> (Signature of Foreign Representative) <br><br> _____ <br> (Printed Name of Foreign Representative) <br><br> _____ <br> Date |
| **Signature of Attorney*** <br><br> X **/s/ Morris D. Weiss** <br>    **Morris D. Weiss**          Bar No. **21110850** <br><br> **Taube Summers Harrison Taylor Meinzer Brown LLP** <br> **100 Congress Ave., Suite 1800** <br> **Austin, TX 78701** <br><br> Phone No. **(512) 472-5997**      Fax No. **(512) 472-5248** <br><br> 5/31/2015 <br> Date <br><br> *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Bankruptcy Petition Preparer** <br> I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. <br><br> _____ <br> Printed Name and title, if any, of Bankruptcy Petition Preparer <br><br> _____ <br> Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) <br><br> _____ <br> Address <br><br> X_____ <br><br> _____ <br> Date |
| **Signature of Debtor (Corporation/Partnership)** <br> I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. <br><br> The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br> **Oxane Materials, Inc.** <br><br> X **/s/ Gregory S. Milligan** <br> Signature of Authorized Individual <br><br> **Gregory S. Milligan** <br> Printed Name of Authorized Individual <br><br> **Chief Restructuring Officer** <br> Title of Authorized Individual <br><br> **5/31/2015** <br> Date | Signature of bankruptcy petiton preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above. <br><br> Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual. <br><br> If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. <br><br> *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.* |

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2015 (Build 11.2.6.1, ID 0024856850)*

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:   **Oxane Materials, Inc.**                                    Case No.

                                                                     Chapter   **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Total Energy Ventures International (SAS<br>2 place Jean Millier<br>La Defense 6<br>92078 Paris La Defense Cedex<br>France | | Investor | | **$1,707,345.44** |
| BP Alternative Energy International Ltd<br>150 West Warrenville Road, J-8<br>Naperville, IL 60563 | | Investor | | **$720,417.89** |
| Zschimmer & Schwarz Inc.<br>70 GA Highway 22W<br>Milledgeville, GA 31061 | | Services | | **$555,102.94** |
| Alan L. Sarroff<br>43 Meadow Woods Road<br>Great Neck, NY 11020-1324 | | Investor | | **$353,820.01** |
| Arkansas Economic Development Commission<br>900 West Capitol Avenue<br>Suite 400<br>Little Rock, AR 72201 | | Note | | **$259,999.74** |
| Thermal Specialties Construction Service<br>6314 East 15th St<br>Tulsa, OK 74112 | | Services | | **$235,765.94** |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

IN RE:   **Oxane Materials, Inc.**                                      Case No.

                                                                                              Chapter   **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 1*

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Aluchem Inc.<br>One Landy Lane<br>Cincinnati, OH 45215 | | Services | | $209,550.55 |
| Crawford County Tax Collector<br>300 Main St. Rm #2<br>Van Buren, AR 72956 | | Property Taxes | *Disputed* | $184,683.34 |
| Paresh D. Kanani<br>41 Holmead Road<br>London, SW6 2JD<br>United Kingdom | | Investor | | $175,000.00 |
| Equipment Pro, Inc.<br>721 Parkwood Dr<br>Ste. Genevieve, MO 63670 | | Services | | $163,959.12 |
| Hess Pumice Products, Inc.<br>100 Hess Drive<br>PO Box 209<br>Malad City, ID 83252 | | Services | | $150,474.28 |
| Glencore Ltd.<br>Three Stamford Plaza<br>301 Treeser Blvd<br>Stamford, CT 08901 | | Services | | $147,889.25 |
| Schneck Process, LLC<br>7901 NW 107th Terrace<br>Kansas City, MO 64153 | | Services | | $147,045.32 |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE: **Oxane Materials, Inc.**  Case No.

Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 2*

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Spraying Systems Co.<br>2230 Merchants Way<br>Suite 150<br>Katy, TX 77449 | | Services | | $139,191.14 |
| Cockrum Welding Fabrication, Inc.<br>1530 Construction Way<br>Van Buren, AR 72956 | | Services | | $137,218.04 |
| Savino Del Bene USA, Inc.<br>1065 Texan Trail<br>Suite 250<br>Grapevine, TX 76051 | | Services | | $82,416.83 |
| Lazard Freres & Co LLC<br>30 ROCKEFELLER PLAZA<br>New York, NY 10020 | | Services | | $72,882.97 |
| Staccato International Co.<br>15/F, No 80<br>Gloucester Road<br>Wan Chai, Hong Kong | | Services | | $65,093.80 |
| TEC Staffing Services<br>1825 North A Street<br>Fort Smith, AR 72901 | | Services | | $64,869.64 |
| Eutectic Corporation<br>N94 W 14355 Garwin Mace Drive<br>Menomonee Falls, WI 53051 | | Services | | $64,278.93 |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:   **Oxane Materials, Inc.**                                                      Case No.

Chapter   **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
*Continuation Sheet No. 3*

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____**Chief Restructuring Officer**_____ of the _____**Corporation**_____ named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date:__**5/31/2015**_____          Signature:__**/s/ Gregory S. Milligan**_____
                                                                                            *Gregory S. Milligan*
                                                                                            **Chief Restructuring Officer**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:  **Oxane Materials, Inc.**                                                          CASE NO

                                                                                                                        CHAPTER    **11**

# VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  5/31/2015                                              Signature  /s/ Gregory S. Milligan
                                                                            *Gregory S. Milligan*
                                                                            *Chief Restructuring Officer*

Date  _____          Signature  _____

ABF Multimodal
PO Box 10048
Fort Smith, AR 72917

Alan L. Sarroff
43 Meadow Woods Road
Great Neck, NY 11020-1324

Alpha Packaging, Inc.
2020 East Center
Greenwood, AR 72936

Aluchem Inc.
One Landy Lane
Cincinnati, OH 45215

Arkansas & Missouri Railroad
306 East Emma
Springdale, AR 72764

Arkansas Economic Development Commission
900 West Capitol Avenue
Suite 400
Little Rock, AR 72201

Arkansas Valley Electric Coop
PO Box 47
Ozark, AR 72949

Arkansas Warehouse, Inc.
PO Box 6383
Fort Smith, AR 72906

Atchley Mechanical, Inc.
3100 Wheeler Ave
Fort Smith, AR 72901

ATT
P.O. Box 105414
Atlanta, GA 30348-5414

ATT Teleconference Services
PO Box 5002
Carol Stream, Il 60197

BP Alternative Energy International Ltd
150 West Warrenville Road, J-8
Naperville, IL 60563

Brett R. Cahoon
Racine Olson Nye Budge Bailey
201 E. Cener St.
P.O. Box 1391
Pocatello, ID 83204

Centro, Inc.
321 Hill Ave
Nashville, TN 37210

Chicago Freight Car Leasing
PO Box 75129
Chicago, IL 60675

Christopher E. Coker
4108 Lillian, Unit B
Houston, TX 77007

Cockrum Welding Fabrication, Inc.
1530 Construction Way
Van Buren, AR 72956

Comcast
PO Box 660618
Dallas, TX 75266

Comcast Business
PO Box 37601
Philadelphia, PA 19101


Comerica Bank
333 West Santa Clar St.
12th Floor
San Jose, CA 95113


Crawford County Tax Collector
300 Main St. Rm #2
Van Buren, AR 72956


Custom Milling & Consulting, Inc.
1246 Maidencreek Road
Fleetwood, PA 19522


Cyclonaire Corporation
PO Box 366
2922 North Division Ave
York, NE 68467


Daniel R. or Jennifer S. Pickering, JTWR
5300 Bayou Glen Road
Houston, TX 77056


David Heikkinen
2255 Goldsmith Street
Houston, TX 77030


DAZ Systems Inc.
880 Apollo Street, Suite 201
El Segundo, CA 90245


De Lage Landen Financial Services, Inc.
PO BOX 41602
Philadelphia, PA 19101

Delaware Secretary of State
1209 Orange Street
Wilmington, DE 19801


Delta Centauri LLC
2800 Post Oak Boulevard, Suite 225
Houston, TX 77056


Eastern Instrument Laboratories, Inc.
416 Landmark Drive
Wilmington, NC 28412


Energy Ventures
Jim Sledzik, Senior Partner & President
10777 Westheimer Rd, Suite 1175
Houston, TX 77042


Equipment Pro, Inc.
721 Parkwood Dr
Ste. Genevieve, MO 63670


Eutectic Corporation
N94 W 14355 Garwin Mace Drive
Menomonee Falls, WI 53051


Fisher Scientific Company, LLC
300 Industry Drive
Pittsburgh, GA 15275


Francis Drilling Fluids
P.O. Box 677438
Dallas, TX 75267


Fulton S.r.l
Via Manfredo Fanti N.2
42124 Reggio Emilia
Itali

Glencore Ltd.
Three Stamford Plaza
301 Treeser Blvd
Stamford, CT 08901


Goldhill Investments LP
2800 Post Oak Boulevard
Suite 2020
Houston, TX 77056


Gregory Carlos Toole
3908 Northfield Court
Midland, TX 79707


Guardtronic
PO Box 567
Fort Smith, AR 72902


Harald Stanzer
9615 Appin Falls Drive
Spring, TX 77379


Heritage-Crystal Clean, LLC
13621 Collections Center Drive
Chicago, IL 60693


Hess Pumice Products, Inc.
100 Hess Drive
PO Box 209
Malad City, ID 83252


Hogan Construction
2701 Rudy Rd
Van Buren, AR 72956


Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philidelphia, PA 19101-7346

Jeffrey Pesot
52 Village Drive
Basking Ridge, NY 07920


Joseph R. Hyde, III
17 W. Pontotoc, Suie 100
Memphis, TN 38103


Kevin Williams
3106 Zora Chapel Rd.
Rudy, AR 72952


Lawrence and Mary Whalley
5 Carsey Lane
Houston, TX 77024


Lawrence G. Whalley
2800 Post Oak Boulevard, Suite 2020
Houston, TX 77056


Lazard Freres & Co LLC
30 ROCKEFELLER PLAZA
New York, NY 10020


Malcolm and Elizabeth Gillis
6100 Main Street, MS-22
Houston, TX 77005


Marcor
16233 Collections Center Drive
Chicago, IL 60693


Mark Mack
918 Chimney Rock Road
Houston, TX 77056

```
Megasack Corporation
61 Hwy 371 South
Magnolia, AR 71753




Mercury Technology Group
6430 Oak Canyon, Suite 100
Irvine, CA 92618




Motion Industries, Inc.
1605 Alton Rd
PO Box 1477
Birmingham, AL 35210




Nash Investments, LP
145 Cane Creek IND Park Road
Fletcher, NC 28732




neoRhino, LLC
710 N Post Oak
Suite 555
Houston, TX 77024




Nolan Lehmann
1603 Sterling Gate Court
Spring, TX 77379




Old Hickory Clay Company
PO Box 66
Hickory, KY 42051




Paresh D. Kanani
41 Holmead Road
London, SW6 2JD
United Kingdom




Phonoscope Services, Inc
6105 Westline Dr
Houston, TX 77036
```

```
Pierpont Communications, Inc.
1800 West Loop South
Suite 800
Houston, TX 77027


Powder Technologies, Inc.
PO Box 780
Hainesport, NJ 08036


Premium Assignment
P.O. Box 800
Tallahassee, FL 32314


Professional Security, Inc.
Centurion Security
3610 Towson Ave., Suite 3
Fort Smith, AR 72901


Prologis
PO BOX 742339
Los Angeles, CA 90074


Purvis Industries
P.O. BOX 540757
Dallas, TX 75267


Regorson, Inc.
7032 Texas Road
Fort Smith, AR 72908


Renfro Investments LP
145 Cane Creek IND Park Road
Fletcher, NC 28732


Ribelin Sales Inc.
3857 Miller Park Drive
Garland, TX 75042
```

Russell H. Schlattman, II
13303 Champion Forest Drive, Suite 7
Houston, TX 77069



Safehold Special Risk Rural Community In
P.O. Box 912181
Denver, CO 80291



Savino Del Bene USA, Inc.
1065 Texan Trail
Suite 250
Grapevine, TX 76051


Schneck Process, LLC
7901 NW 107th Terrace
Kansas City, MO 64153



Simon Fiduciaria S.p.A
(fbo Giovanni Valeri Manera)
Via del Carmine N.10
10122 Torini
Italy

Spencer Machine & Tool Company, Inc.
6205 Gheens Mill Rd
Jeffersonville, IN 47130



Spraying Systems Co.
2230 Merchants Way
Suite 150
Katy, TX 77449


SSi Incorporated
2817 Yuma
Fort Smith, AR 72901



Staccato International Co.
15/F, No 80
Gloucester Road
Wan Chai, Hong Kong

Tank Connection LLC
3609 N 16th St
Parsons, KS 67357

TEC Staffing Services
1825 North A Street
Fort Smith, AR 72901

Terminix
PO Box 742592
Cincinnati, OH 45274

Thermal Specialties Construction Service
6314 East 15th St
Tulsa, OK 74112

Total Energy Ventures International (SAS
2 place Jean Millier
La Defense 6
92078 Paris La Defense Cedex
France

Union Pacific Railroad Company
PO Box 843465
Dallas, TX 75284

Van Buren Municipal Utilities
P.O. Box 1269
Van Buren, AR 72957

Verizon Wireless
PO Box 66018
Dallas, TX 75266

Vivace Capital LLC
45 Rockefeller Plaza, Suite 2000
New York, NY 1011

```
Wells Fargo Leasing
PO Box 6434
Carol Stream, IL 60197


Wiese, USA
PO Box 60106
St. Louis, MO 63160


Woodway Financial Advisors, as
Custodian for the mack Elbert Coker, DDS
10000 Memorial Drive, Suite 650
Houston, TX 77024


Zschimmer & Schwarz Inc.
70 GA Highway 22W
Milledgeville, GA 31061
```