UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| OXANE MATERIALS, INC. | § | CASE NO. 15-32940-jb |
| (Debtor) | § | (Chapter 11) |
| | § | |

**ORDER GRANTING COMPLEX**
**CHAPTER 11 BANKRUPTCY CASE TREATMENT**

This bankruptcy case was filed on May 31, 2015. A *Notice of Designation as Complex Chapter 11 Case* was filed on that date. After review of the initial pleadings filed in this case, the court concludes that this case appears to be a complex Chapter 11 case. Accordingly, unless the court orders otherwise,

**IT IS ORDERED:**

1. Oxane Materials, Inc. (the **"Debtor"**) shall maintain a service list identifying the parties that must be served whenever a motion or other pleading requires notice. Unless otherwise required by the Bankruptcy Code or Bankruptcy Rules, notices of motions and other matters will be limited to the parties on the service list.

   a. The service list shall initially include the **Debtor**, Debtor's counsel, counsel for the unsecured creditors' committee (if any), the U.S. Trustee, all secured creditors, the 20 largest unsecured creditors, any indenture trustee, and any party that requests notice.

   b. Any party-in-interest that wishes to receive notice, other than as listed on the service list, shall be added to the service list by filing and serving the **Debtor** and Debtor's counsel with a notice of appearance and request for service.

      c.      Parties on the service list, who have not otherwise consented to service by e-mail, through the act of becoming a registered e-filer in this district, are encouraged to provide an e-mail address for service of process and to authorize service by e-mail; consent to e-mail service may be included in the party's notice of appearance and request for service; in the event a party has not consented to e-mail service, a "hard copy" shall be served by fax, overnight delivery, or by regular mail.

      d.      The initial service list shall be filed within 3 days after entry of this order. A revised list shall be filed 7 days after the initial service list is filed. The **Debtor** shall update the service list, and shall file a copy of the updated service list, (i) at least every 7 days during the first 30 days of the case; (ii) at least every 15 days during the next 60 days of the case; and (iii) at least every 30 days thereafter throughout the case.

2.      The court sets _____ of [each week] [every other week, commencing [Month and Day] [each month] at _____ a.m./p.m., as the pre-set hearing date and time for hearing all motions and other matters in these cases.] The court sets the following dates and times for the next two months as the pre-set hearing date and time for hearing all motions and other matters in these cases: [insert dates and times]. Settings for the following months will be published by the court no later than 30 days prior to the first hearing date in the said following months.

      a.      All motions and other matters requiring hearing, but not requiring an expedited or emergency hearing, shall be noticed for hearing, on the next hearing day that is at least 23 days after the notice is mailed. As a preface

to each pleading, just below the case caption, in lieu of the language required by any Local Bankruptcy Rule, the pleading shall state:

**This motion seeks an order that may adversely affect you. If you oppose the motion, you should immediately contact the moving party to resolve the dispute. If you and the moving party cannot agree, you must file a response and send a copy to the moving party. You must file and serve your response within 21 days of the date this was served on you. Your response must state why the motion should not be granted. If you do not file a timely response, the relief may be granted without further notice to you. If you oppose the motion and have not reached an agreement, you must attend the hearing. Unless the parties agree otherwise, the court may consider evidence at the hearing and may decide the motion at the hearing.**

**There will be a hearing on this motion on [date] at [time] in courtroom _____, [address].**

a. Represented parties should act through their attorney. All motions and other matters requiring expedited or emergency hearing shall comply with the usual court requirements for explanation and verification of the need for emergency or expedited hearing. Specifically, if a party-in-interest has a situation that it believes requires consideration on less than 23-days' notice, or an emergency that it believes requires consideration on less than 5 business days' notice, then the party should file and serve a separate, written motion for expedited or emergency hearing with respect to the underlying motion. The court will make its best effort to rule on the motion for expedited or emergency hearing within 24 hours of the time it is presented. If the court grants the motion for expedited or emergency hearing, the underlying motion will be set by the courtroom deputy at the next available pre-set hearing date or at some other appropriate shortened date approved by the court. The party requesting the hearing shall be responsible for providing proper notice in accordance with this order and the Bankruptcy Code and Bankruptcy Rules.

3.	Emergency and expedited hearings (and other hearings in limited circumstances) in this case may be conducted by telephone or, where available, video.  Parties must request permission to participate by telephone by [assigned judge's procedures].

4.	If a matter is properly noticed for hearing and the parties reach a settlement of the dispute prior to the final hearing, the parties may announce the settlement at the scheduled hearing.  If the court determines that the notice of the dispute and the hearing is adequate notice of the effects of the settlement (*i.e.*, that the terms of the settlement are not materially different from what parties-in-interest could have expected if the dispute were fully litigated), the court may approve the settlement at the hearing without further notice of the terms of the settlement.

5.	The **Debtor** shall give notice of this order to all parties-in-interest within seven (7) days.  If any party-in-interest, at any time, objects to the provisions of this order, that party shall file a motion articulating the objection and the relief requested.  After hearing the objection and any responses the court may reconsider any part of this order and may grant relief, if appropriate.

---

UNITED STATES BANKRUPTCY JUDGE