UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: | § |
| | § |
| OXANE MATERIALS, INC. | §  CASE NO. 15-32940 |
| (Debtor) | §  (Chapter 11) |
| | § |

## NOTICE OF HEARING ON DEBTOR'S "FIRST DAY" MOTIONS

**PLEASE TAKE NOTICE** that the Court has scheduled an **expedited hearing** before the Honorable Jeff Bohm at the United States Courthouse, 515 Rusk Avenue, Houston, Texas 77002 in Courtroom 600 on the following motions on **Friday, June 5, 2015 at 10:00 a.m.**:

1. Debtor's Notice of Designation as Complex Chapter 11 Bankruptcy Case [Doc. 2]

2. Debtor's Motion Pursuant to Sections 105(a), 345(b), 363(c) and 364(a) of the Bankruptcy Code for (I) Authority to Continue to Use Existing Cash Management System, (II) Authority to Maintain and Use Pre-petition Bank Account and (III) a Waiver of the Requirements of Section 345(b) of the Bankruptcy Code [Doc. 6]

3. Debtor's Motion to Reject Real Property Leases *Nunc Pro Tunc* [Doc. 7]

4. Debtor's Motion to Reject Railcar Lease and Railcar Spot Lease *Nunc Pro Tunc* [Doc. 8]

5. Motion of the Debtor for Interim and Final Orders Pursuant to Sections 105(a) and 366 of the Bankruptcy Code to (I) Approve Debtor's Proposed Form of Adequate Assurance and (II) Prohibit Utilities from Altering, Refusing, or Discontinuing Service [Doc. 9]

6. Emergency Motion for Interim and Final Orders Authorizing Use of Cash Collateral and Providing for Adequate Protection [Doc. 10]

7. Emergency Motion of the Debtor for (I) an Order Approving Bidding Procedures and Bidder Protections for the Sale of Certain Designated Assets; and (II) an Order Approving the Sale of Certain Designated Assets Free and Clean of All Liens, Claims, and Encumbrances Pursuant to 11 U.S.C. §§105, 363(b), (f), (m) and 365, and Granting Related Relief [Doc. 11]

DATED: June 3, 2015
       Austin, Texas

                                        Respectfully Submitted,

                                        TAUBE SUMMERS HARRISON TAYLOR
                                        MEINZER BROWN, LLP

                                        /s/ MORRIS D. WEISS
                                        Eric J. Taube
                                        State Bar No. 19679350
                                        Morris D. Weiss
                                        State Bar No. 21110850
                                        Christopher G. Bradley
                                        State Bar No. 24069407
                                        100 Congress Avenue, Suite 1800
                                        Austin, Texas 78701
                                        (512) 472-5997
                                        (512) 472-5248 (FAX)
                                        etaube@taubesummers.com
                                        mweiss@taubesummers.com
                                        cbradley@taubesummers.com

                                        PROPOSED ATTORNEYS FOR DEBTOR
                                        AND DEBTOR IN POSSESSION

## **CERTIFICATE OF SERVICE**

     I hereby certify that the above and foregoing document has been electronically on all parties receiving the Court's ECF notices, and upon the parties listed on the attached Service List and attached Utility Service List by depositing same in the United States First Class Mail (unless otherwise noted) on the 3rd day of June, 2015.

                                              /s/ Morris D. Weiss
                                          Morris D. Weiss

## SERVICE LIST

**Debtor**
Oxane Materials, Inc.
467 W. 38th Street
Houston, TX 77018

**Debtor's Counsel**
Taube Summers et al
Attn: Eric J. Taube and Morris D. Weiss
100 Congress Ave., 18th Floor
Austin, TX 78701

**United States Trustee**
United States Trustee (*via ECF to*
[USTPRegion07.HU.ECF@USDOJ.GOV](USTPRegion07.HU.ECF@USDOJ.GOV))

Christine March (*via ECF to*
[christine.a.march@usdoj.gov](christine.a.march@usdoj.gov))

**Government Agencies**
Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Delaware Secretary of State
1209 Orange Street
Wilmington, DE 19801

**Secured Creditors**
Arkansas Warehouse, Inc.
PO Box 6383
Fort Smith, AR 72906

Chicago Freight Car Leasing
PO Box 75129
Chicago, IL 60675

Comerica Bank
333 West Santa Clar St.
12th Floor
San Jose, CA 95113

De Lage Landen Financial Services, Inc.
PO BOX 41602
Philadelphia, PA 19101

neoRhino, LLC
710 N Post Oak
Suite 555
Houston, TX 77024

Wells Fargo Leasing
PO Box 6434
Carol Stream, IL 60197

**20 Largest Unsecured Creditors**
Total Energy Ventures International (SAS
2 place Jean Millier
La Defense 6
92078 Paris La Defense Cedex
FRANCE

BP Alternative Energy International Ltd
150 West Warrenville Road, J-8
Naperville, IL 60563

Zschimmer & Schwarz Inc.
70 GA Highway 22W
Milledgeville, GA 31061

Alan L. Sarroff
43 Meadow Woods Road
Great Neck, NY 11020-1324

Arkansas Economic Development
Commission
900 West Capitol Avenue
Suite 400
Little Rock, AR 72201

Thermal Specialties Construction Service
6314 East 15th St
Tulsa, OK 74112

8557-3\00508881.000

Aluchem Inc.
One Landy Lane
Cincinnati, OH 45215

Crawford County Tax Collector
300 Main St. Rm #2
Van Buren, AR 72956

Paresh D. Kanani
41 Holmead Road
London, SW6 2JD
UNITED KINGDOM

Equipment Pro, Inc.
721 Parkwood Dr
Ste. Genevieve, MO 63670

Hess Pumice Products, Inc.
100 Hess Drive
PO Box 209
Malad City, ID 83252

Glencore Ltd.
Three Stamford Plaza
301 Treeser Blvd
Stamford, CT 08901

Schneck Process, LLC
7901 NW 107th Terrace
Kansas City, MO 64153

Spraying Systems Co.
2230 Merchants Way
Suite 150
Katy, TX 77449

Cockrum Welding Fabrication, Inc.
1530 Construction Way
Van Buren, AR 72956

Savino Del Bene USA, Inc.
1065 Texan Trail
Suite 250
Grapevine, TX 76051

Lazard Freres & Co LLC
30 ROCKEFELLER PLAZA
New York, NY 10020

Staccato International Co.
15/F, No 80
Gloucester Road
Wan Chai, HONG KONG

TEC Staffing Services
1825 North A Street
Fort Smith, AR 72901

Eutectic Corporation
N94 W 14355 Garwin Mace Drive
Menomonee Falls, WI 53051

**Noteholders**
Delta Centauri LLC
2800 Post Oak Boulevard, Suite 225
Houston, TX 77056

Daniel R. or Jennifer S. Pickering, JTWR
5300 Bayou Glen Road
Houston, TX 77056

Christopher E. Coker
4108 Lillian, Unit B
Houston, TX 77007

Nolan Lehmann
1603 Sterling Gate Court
Spring, TX 77379

Mark Mack
918 Chimney Rock Road
Houston, TX 77056

Lawrence and Mary Whalley
5 Carsey Lane
Houston, TX 77024

Lawrence G. Whalley
2800 Post Oak Boulevard, Suite 2020
Houston, TX 77056

8557-3\00508881.000

Goldhill Investments LP
2800 Post Oak Boulevard
Suite 2020
Houston, TX 77056

Nash Investments, LP
145 Cane Creek IND Park Road
Fletcher, NC 28732

Paresh D. Kanani
41 Holmead Road
London, SW6 2JD
UNITED KINGDOM

Harald Stanzer
9615 Appin Falls Drive
Spring, TX 77379

Malcolm and Elizabeth Gillis
6100 Main Street, MS-22
Houston, TX 77005

Renfro Investments LP
145 Cane Creek IND Park Road
Fletcher, NC 28732

Jeffrey Pesot
52 Village Drive
Basking Ridge, NY 07920

Total Energy Ventures International (SAS
2 place Jean Millier
La Defense 6
92078 Paris La Defense Cedex
FRANCE

BP Alternative Energy International Ltd
150 West Warrenville Road, J-8
Naperville, IL 60563

Russell H. Schlattman, II
13303 Champion Forest Drive, Suite 7
Houston, TX 77069

David Heikkinen
2255 Goldsmith Street
Houston, TX 77030

Simon Fiduciaria S.p.A
(fbo Giovanni Valeri Manera)
Via del Carmine N.10
10122 Torini
ITALY

Joseph R. Hyde, III
17 W. Pontotoc, Suie 100
Memphis, TN 38103

Vivace Capital LLC
45 Rockefeller Plaza, Suite 2000
New York, NY 10111

Fulton S.r.l
Via Manfredo Fanti N.2
42124 Reggio Emilia
ITALI

Woodway Financial Advisors, as
Custodian for the mack Elbert Coker, DDS
10000 Memorial Drive, Suite 650
Houston, TX 77024

**Other Creditors and Parties in Interest**
ABF Multimodal
PO Box 10048
Fort Smith, AR 72917

Alpha Packaging, Inc.
2020 East Center
Greenwood, AR 72936

Arkansas & Missouri Railroad
306 East Emma
Springdale, AR 72764

Arkansas Valley Electric Coop
PO Box 47
Ozark, AR 72949

Atchley Mechanical, Inc.
3100 Wheeler Ave
Fort Smith, AR 72901

ATT
P.O. Box 105414
Atlanta, GA 30348-5414

ATT Teleconference Services
PO Box 5002
Carol Stream, Il 60197

Brett R. Cahoon
Racine Olson Nye Budge Bailey
201 E. Cener St.
P.O. Box 1391
Pocatello, ID 83204

Centro, Inc.
321 Hill Ave
Nashville, TN 37210

Comcast
PO Box 660618
Dallas, TX 75266

Comcast Business
PO Box 37601
Philadelphia, PA 19101

Custom Milling & Consulting, Inc.
1246 Maidencreek Road
Fleetwood, PA 19522

Cyclonaire Corporation
PO Box 366
2922 North Division Ave
York, NE 68467

DAZ Systems Inc.
880 Apollo Street, Suite 201
El Segundo, CA 90245

Eastern Instrument Laboratories, Inc.
416 Landmark Drive
Wilmington, NC 28412

Energy Ventures
Jim Sledzik, Senior Partner & President
10777 Westheimer Rd, Suite 1175
Houston, TX 77042

Fisher Scientific Company, LLC
300 Industry Drive
Pittsburgh, GA 15275

Francis Drilling Fluids
P.O. Box 677438
Dallas, TX 75267

Gregory Carlos Toole
3908 Northfield Court
Midland, TX 79707

Guardtronic
PO Box 567
Fort Smith, AR 72902

Heritage-Crystal Clean, LLC
13621 Collections Center Drive
Chicago, IL 60693

Hogan Construction
2701 Rudy Rd
Van Buren, AR 72956

Joseph R. Hyde, III
17 W. Pontotoc, Suie 100
Memphis, TN 38103

Kevin Williams
3106 Zora Chapel Rd.
Rudy, AR 72952

Marcor
16233 Collections Center Drive
Chicago, IL 60693

Megasack Corporation
61 Hwy 371 South
Magnolia, AR 71753

Mercury Technology Group
6430 Oak Canyon, Suite 100
Irvine, CA 92618

Motion Industries, Inc.
1605 Alton Rd
PO Box 1477
Birmingham, AL 35210

Old Hickory Clay Company
PO Box 66
Hickory, KY 42051

Phonoscope Services, Inc
6105 Westline Dr
Houston, TX 77036

Pierpont Communications, Inc.
1800 West Loop South
Suite 800
Houston, TX 77027

Powder Technologies, Inc.
PO Box 780
Hainesport, NJ 08036

Premium Assignment
P.O. Box 800
Tallahassee, FL 32314

Professional Security, Inc.
Centurion Security
3610 Towson Ave., Suite 3
Fort Smith, AR 72901

Prologis
PO BOX 742339
Los Angeles, CA 90074

Purvis Industries
P.O. BOX 540757
Dallas, TX 75267

Regorson, Inc.
7032 Texas Road
Fort Smith, AR 72908

Ribelin Sales Inc.
3857 Miller Park Drive
Garland, TX 75042

Safehold Special Risk Rural Community In
P.O. Box 912181
Denver, CO 80291

Spencer Machine & Tool Company, Inc.
6205 Gheens Mill Rd
Jeffersonville, IN 47130

SSi Incorporated
2817 Yuma
Fort Smith, AR 72901

Tank Connection LLC
3609 N 16th St
Parsons, KS 67357

Terminix
PO Box 742592
Cincinnati, OH 45274

Union Pacific Railroad Company
PO Box 843465
Dallas, TX 75284

Van Buren Municipal Utilities
P.O. Box 1269
Van Buren, AR 72957

Verizon Wireless
PO Box 66018
Dallas, TX 75266

Vivace Capital LLC
45 Rockefeller Plaza, Suite 2000
New York, NY 1011

Wiese, USA
PO Box 60106
St. Louis, MO 63160

William Marsh Rice University
Office of Technology Transfer - MS 705
Attn:  Dr. Daryl S. Boudreaux, Director
308 Lovell Hall (Entrance C)
6100 Main Street
P. O. Box 1892
Houston, TX 77005-1892

Dell Business Credit
PO Box 5275
Carol Stream, IL  60197

Saint-Gobain Ceramics & Plastics, Inc.
Attn: Antonio Vilela de Moraes
5300 Gerber Road
Fort Smith, AR 72904

Chicago Freight Car Leasing Co.
Attn.: Jim Kennedy
425 N. Martingale Road, 6th Floor
Schaumburg, IL   60173

**Parties Requesting Notice**
Comerica Bank
c/o Winstead PC
Attn: J. Frasher Murphy (*via ECF*)
500 Winstead Building
2728 N. Harwood St.
Dallas, TX 75201

Comerica Bank
c/o Winstead PC
Attn: Sean B. Davis (*via ECF*)
1100 JPMorgan Chase Tower
600 Travis Street
Houston, TX 77002

## UTILITIES SERVICE LIST

Advanta Technologies
1770 St. James Pl
Suite 610
Houston, TX 77056

Ark Oklahoma Gas
115 N 12th Ste
PO Box 2415
Ft. Smith, AR 72902

Arkansas Valley Electric
PO Box 47
Ozark, AR 72949

ATT
PO Box 105414
Atlanta, GA 30348

ATT
PO Box 5001
Carol Stream, IL 60197

City of Fort Smith
623 Garrison Ave
PO Box 1908
Ft. Smith, AR 72902

Comcast
PO Box 660618
Dallas, TX 75266

Comcast Business
PO Box 37601
Philadelphia, PA 19101

Cox Communication
PO Box 1259
Dept # 102432
Oaks, PA 19456

Phonoscope
6105 Westline Dr
Houston, TX 77036

Tara Energy
PO Box 3607
Houston, TX 77253

Van Buren Municipal
PO Box 1269
Van Buren, AR 72957

Waste Management of Texas
Houston Metro
1901 Afton St
Houston, TX 77055

Waste Management of Van Buren
Van Buren Hauling
PO Box 43410
Phoenix, AZ 85080