UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| OXANE MATERIALS, INC. | § | CASE NO. 15-32940 |
| (Debtor) | § | (Chapter 11) |
| | § | |
| | § | |

**DEBTOR'S AGENDA OF MATTERS SET FOR HEARING
ON JUNE 5, 2015 AT 10:00 A.M.**

TO THE HONORABLE JEFF BOHM, UNITED STATES BANKRUPTCY JUDGE:

COMES NOW Oxane Materials, Inc., Debtor and Debtor-in-possession (the "Debtor"),

and files this Agenda of Matters Set for Hearing on June 5, 2015 at 10:00 a.m.:

**UNCONTESTED MATTERS:**

1.      Debtor's Notice of Designation as Complex Chapter 11 Bankruptcy Case [Doc. 2]

      **Related Documents:**

          None

      **Objections/Responses:**

          None

      **Status:**  Going forward.

2.      Debtor's Motion Pursuant to Sections 105(a), 345(b), 363(c) and 364(a) of the Bankruptcy Code for (I) Authority to Continue to Use Existing Cash Management System, (II) Authority to Maintain and Use Pre-petition Bank Account and (III) a Waiver of the Requirements of Section 345(b) of the Bankruptcy Code [Doc. 6]

      **Related Documents:**

          None.

      **Objections/Responses:**

          None

      **Status:**  We anticipate reaching an agreement with the office of the United States Trustee and withdrawing this motion  If not agreement can be reached, then this matter is going forward.

3.      Debtor's Motion to Reject Real Property Leases *Nunc Pro Tunc* [Doc. 7]

      **Related Documents**:

            None.

      **Objections/Responses**:

            None

      **Status**:  Going forward.  Debtor is attempting to reach an agreement with Landlord.

4.      Debtor's Motion to Reject Railcar Lease and Railcar Spot Lease *Nunc Pro Tunc* [Doc. 8]

      **Related Documents**:

            None.

      **Objections/Responses**:

            None

      **Status**:  Going forward.  Debtor is attempting to reach an agreement with leaseholder for the railcars but will going forward with respect to the railcar spot lease.

5.      Motion of the Debtor for Interim and Final Orders Pursuant to Sections 105(a) and 366 of the Bankruptcy Code to (I) Approve Debtor's Proposed Form of Adequate Assurance and (II) Prohibit Utilities from Altering, Refusing, or Discontinuing Service [Doc. 9]

      **Related Documents**:

            None.

      **Objections/Responses**:

            None

      **Status**:  Going forward.

6.      Emergency Motion for Interim and Final Orders Authorizing Use of Cash Collateral and Providing for Adequate Protection [Doc. 10]

      **Related Documents**:

            None.

      **Objections/Responses**:

            None

      **Status**:  Going forward.

7.      Emergency Motion of the Debtor for (I) an Order Approving Bidding Procedures and
        Bidder Protections for the Sale of Certain Designated Assets; and (II) an Order
        Approving the Sale of Certain Designated Assets Free and Clean of All Liens, Claims,
        and Encumbrances Pursuant to 11 U.S.C. §§105, 363(b), (f), (m) and 365, and Granting
        Related Relief [Doc. 11]

        **Related Documents**:

        A.      Notice of Filing of Revised Exhibit C to Emergency Motion of the Debtor for (I)
                an Order Approving Bidding Procedures and Bidder Protections for the Sale of
                Certain Designated Assets; and (II) an Order Approving the Sale of Certain
                Designated Assets Free and Clean of All Liens, Claims, and Encumbrances
                Pursuant to 11 U.S.C. §§105, 363(b), (f), (m) and 365, and Granting Related
                Relief [Doc. 12]

        **Objections/Responses**:

                None

        **Status**:  Going forward.


DATED: June 4, 2015
                Austin, Texas

                                        Respectfully Submitted,

                                        Taube Summers Harrison Taylor
                                        Meinzer Brown

                                        /s/ Morris D. Weiss
                                        Eric J. Taube
                                        State Bar No. 19679350
                                        Morris D. Weiss
                                        State Bar No. 21110850
                                        Christopher G. Bradley
                                        State Bar No. 24069407
                                        100 Congress Avenue, Suite 1800
                                        Austin, Texas 78701
                                        (512) 472-5997
                                        (512) 472-5248 (FAX)
                                        etaube@taubesummers.com
                                        mweiss@taubesummers.com
                                        cbradley@taubesummers.com

                                        PROPOSED ATTORNEYS FOR DEBTOR
                                        AND DEBTOR IN POSSESSION

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing document has been served electronically upon all parties receiving the Court's ECF Notices; and by email on the parties on the attached Service List on the 4th day of June, 2015.

/s/ *Morris D. Weiss*

Morris D. Weiss

**SERVICE LIST**

**United States Trustee**
United States Trustee (*via ECF and email to*
*USTPRegion07.HU.ECF@USDOJ.GOV*)

Christine March (*via ECF and email*
*christine.a.march@usdoj.gov*)

**Secured Creditors**
Arkansas Warehouse, Inc.
c/o Thomas E. Robertson, Jr.
ROBERTSON, BEASLEY, SHIPLEY &
REDD, PLLC
TRobertson@rbsr-attorneys.com

Chicago Freight Car Leasing
c/o: John M. Heaphy
Harrison & Held LLP
jheaphy@harrisonheld.com

Chicago Freight Car Leasing
Attn: Mr. Jim Kennedy, Sales Director
Email:  jim.kennedy@crdx.com

Comerica Bank
c/o Winstead PC
Attn: J. Frasher M and Sean B. Davis (*both*
*via ECF and email*)
fmurphy@winstead.com
sbdavis@winstead.com

**20 Largest Unsecured Creditors**
Total Energy Ventures International (SAS)
Attn: Michael Offredi
michael.offredi@total.com
BP Alternative Energy International Ltd
Attn: Issam Dairanieh
Issam.dairanieh@bp.com

Zschimmer & Schwarz Inc.
Attn: Keith Nagy
k.nagy@zschimmer-schwarz.us

Alan L. Sarroff
alan@alsarroff.com

Thermal Specialties Construction Service
Attn: Kent Charles
kcharles@thermalspecialties.com

Aluchem Inc.
Attn: Bill Kist
wkist@aluchem.com

Crawford County Tax Collector
Attn: Lorrie Treadaway
assessor@crawford-county.org

Paresh D. Kanani
pdkanani@aol.com

Equipment Pro, Inc.
Attn: Dean Schlueter
D_schlueter@equipmentproinc.com

Hess Pumice Products, Inc.
Attn: Mike Hess Jr.
jrmike@hesspumice.com

Glencore Ltd.
Attn: Robert Abbate
Robert.abbate@glencore-us.com

Schneck Process, LLC
Attn: Richard Smith
r.smith@schenckprocess.com

Spraying Systems Co.
Attn: Karen Ripple
Karen.ripple@spray.com

Cockrum Welding Fabrication, Inc.
Attn: Chancy Cockrum
chancy@cwf-usa.com

Savino Del Bene USA, Inc.
Attn: Claudio Onofrio
Claudio.onofrio@savinodelbene.com

Lazard Freres & Co LLC
Attn: Douglas Fordyce
Doug.fordyce@lazard.com

Staccato International Co.
Attn: Lisa Zhao
lzhao@staccatointl.com

TEC Staffing Services
Attn: Snoober Welch
swelch@tecjobs.net

Eutectic Corporation
Attn: Ed Stremlow
Ed.stremlow@eutecticusa.com

**<u>Other Parties</u>**
Dell Business Credit
Evan_granier@dell.com
Buck_baldwin@dell.com

Halliburton Energy Services Inc.
c/o Haynes & Boone LLP
Attn: Henry Flores (*via ECF and email*)
Henry.flores@haynesboone.com

Francis Drilling Fluids, Ltd.
info@fdfltd.com

Prologis
Attn Jan Kneisel
jkneisel@prologis.com